CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

SEP 11 2007

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

UNITED STATES OF AMERICA : Case No. 2:07CR00016

vs. : Violations: 29 U.S.C. § 501(c)

RANDY GREEAR

INDICTMENT

COUNT ONE

The Grand Jury charges that:

1. From in or about February 2001 through September 2005, in the Western District of Virginia and elsewhere, RANDY GREEAR, embezzled and unlawfully and willfully converted to his own use, moneys and funds (approximately $22,691.60) of a labor organization of which he was an officer.

2. From in or about 2000 through 2005, in the Western District of Virginia and elsewhere, RANDY GREEAR was Secretary-Treasurer of the Brotherhood of Locomotive Engineers Division 37.

3. All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL, this 11 day of September, 2007.

Grand Jury Foreperson

JOHN L. BROWNLEE
United States Attorney